IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SARA ARANDA CASTILLO,

    *Plaintiff*,

v.                                                  Case No. 1:19-CV-00183-KG-SCY

VISTA LIVING COMMUNITIES D/B/A
VISTA HERMOSA,

    *Defendant*.

## NOTICE OF EXTENSION OF BRIEFING

    Defendant VLC II, LLC d/b/a Vista Hermosa (incorrectly identified as Vista Living Communities d/b/a Vista Hermosa) hereby notify the Court that the parties have agreed to extend the deadline for Defendants to file their response to Plaintiff's Motion to Remand [Doc. 6]. Defendant will file and serve the response on or before May 3, 2019.

Dated: April 25, 2019             RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                    By     */s/ Krystle A. Thomas*
                                            Krystle A. Thomas
                                    P. O. Box 1888
                                    Albuquerque, NM 87103
                                    Telephone: (505) 765-5900
                                    FAX: (505) 768-7395
                                    kthomas@rodey.com
                                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 25, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                    By   */s/ Krystle A. Thomas*
                                           Krystle A. Thomas