IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SARA ARANDA CASTILLO,

    Plaintiff,

vs.                                                      Civ. No. 19-183 KG/SCY

VISTA LIVING COMMUNITIES D/B/A
VISTA HERMOSA,

    Defendant.

## ORDER OF REMAND

Having granted Plaintiff's Motion to Remand (Doc. 6) by entering a Memorandum Opinion and Order contemporaneously with this Order of Remand,

IT IS ORDERED that this lawsuit is remanded to the First Judicial District, County of Santa Fe, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE